STATE OF CONNECTICUT *v.* JOHN DELL

The motion by the state to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

Argued January 3—decided January 3, 1967

JEROME L. PINCO ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF MILFORD

The application by Gerald F. Stevens to withdraw his appearance for the plaintiffs in the appeal from the Court of Common Pleas in New Haven County is granted.

Argued January 3—decided January 3, 1967

FOREST CONSTRUCTION COMPANY, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF BETHANY

The motion by the defendant for an order directing the Court of Common Pleas in New Haven County to make a finding is denied.

*Robert J. Engelman,* in support of the motion.

*Jerrold H. Barnett,* in opposition.

Submitted December 1, 1966—decided January 4, 1967